

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

February 11, 2008

**BY FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08  dr
```

Re:   Cole v. Fischer, 07 CV 11096 (BSJ)(KNF)

Dear Judge Jones:

This office presently represents defendants New York State Department of Correctional Services, Commissioner Fischer, Superintendent Ercole, Donald Selsky and Kevin Laporto in this action, and anticipates that it will be asked to represent any defendants who are eventually served or waive service in this matter. This letter is written to request that the time for the above defendants to respond to the complaint be extended to April 25, 2008.[1] It is further requested that no defendant eventually served be required to respond to the complaint prior to that date.

This request is made because it would be more efficient for all State defendants to respond to the complaint together, and time is needed to allow all State defendants eventually served the opportunity to request representation and to allow this office to properly prepare a response.

There have been no prior requests for extensions of time. We thank the Court for its consideration.

Application Granted.

SO ORDERED
Dated:
        /s/ Barbara S. Jones
        BARBARA S. JONES
        U.S.D.J.
        2/15/08

Respectfully,

/s/ Daniel Schulze
Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc:   Ronnie Cole, plaintiff pro se (by mail)

---

[1] Each of the above defendants returned a waiver of service, and would be required to respond within 60 days of the date of mailing. FRCP 4(d)(3). The earliest such mailing is stated to have occurred on January 1, 2008, so the first response is currently due on March 1, 2008.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US