```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RONNIE COLE,                        :
                                    :
                Plaintiff,          :
                                    : 07 CV 11096(BSJ)(KNF)
        v.                          :
                                    : Order
BRIAN FISCHER, ROBERT ERCOLE, JOHN  :
HALICKI, KEVIN LOPORTO, G. LEHOYSKI,:
DONALD SELSKY, PAUL TROWBRIDGE,     :
NEW YORK STATE DEPARTMENT OF        :
CORRECTIONAL SERVICES               :
                                    :
                Defendants.         :
------------------------------------x
```



**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The office of the Pro Se Clerk is directed to provide the plaintiff in the above-captioned case with a new summons and service package in connection with this matter.

Plaintiff is directed to complete the forms necessary to effectuate service of the summons and complaint on the three defendants which remain to be served in this case, Kevin Loporto, Paul Trowbridge and John Halicki. Plaintiff must then return to these forms to the United States Marshals Service no later than April 9, 2008.

The United States Marshals Service is directed to serve the summons and complaint on defendants Kevin Loporto, Paul Trowbridge and John Halicki at no charge.

- 1 -

**SO ORDERED:**

*[signature]*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          March 5, 2008


Copy mailed to:
Mr. Ronnie Cole DIN: 91A9212
Wende Correctional Facility
Wende Road P.O. Box 1187
Alden, New York 14004-1187

- 2 -